**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

CASE NO. 13-cr-0075-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    **CORY BRANDON SHERMAN**,

      Defendant.

_____

## PRELIMINARY ORDER OF FORFEITURE
_____

      This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, filed April 25, 2014 (ECF No. 65). The Court having reviewed the Motion and being fully advised hereby FINDS as follows:

      On October 24, 2013, the United States and defendant Cory Brandon Sherman entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure. (ECF No. 39).

      THAT the requisite nexus exists between the Sony Vaio laptop computer Model PCG-384i, serial number C3LP4LC0C; and G-Lite Cooler Master Tower Computer, serial number RC332KKN11084600229, and the violations of Possession and Distribution of Child Pornography, which defendant Cory Brandon Sherman pleaded guilty to;

      THAT prior to the disposition of the assets, the United States, or its designated

sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n);

It is therefore ORDERED

THAT Defendant's interest in the following is forfeited to the United States in accordance with 18 U.S.C. § 2253:

    a.    A Sony Vaio laptop computer Model PCG-384i, serial number C3LP4LC0C; and

    b.    A G-Lite Cooler Master Tower Computer, serial number RC332KKN11084600229.

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

Dated this 25th day of April, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge