IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: April 30, 2014 |
| Court Reporter: Gwen Daniel | Probation: Laura Ansart |

_____

Criminal Action No. 13-cr-00075-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,

      Plaintiff,                                              Vareria N. Spencer

v.

CORY BRANDON SHERMAN,                           Matthew C. Golla

      Defendant.

_____

## COURTROOM MINUTES
_____

EVIDENTIARY SENTENCING HEARING

01:35 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement (by Ms. Spencer)

Sentencing Statement (by Mr. Golla)

Ms. Spencer's comments

Government's oral motion to exclude the defendant's witness from the courtroom.

1

**ORDERED:** The Government's oral motion to exclude witness is GRANTED. Rule 615 is invoked.

**ORDERED:** There being no objection to the motion, the Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [62] is GRANTED.

**DEFENDANT'S WITNESS SCOTT HUMPHREYS**

01:42  Direct (by Mr. Golla)

01:56  Cross (by Ms. Spencer)

02:18 Redirect

02:23  Evidence closed.

The Court takes up the Defendant's Restricted Motion [60]

02:24  Argument (by Mr. Golla)

Colloquy between the Court and Mr. Golla

02:44  Argument (by Ms. Spencer)

Colloquy between the Court and Ms. Spencer

03:19 Court in Recess
03:35 Court in Session

Court's comments

Probation Officer Ansart has advised the Court that the Special Assessment in this case should actually be $200.00 because there is a conviction on two counts.

The parties agree that the Special Assessment should be $200.00.

Mr. Golla's comments

Ms. Spencer's comments

The parties stipulate to restitution in the total amount of $3,000.00.

Statement by defendant's friend, Daniel Nigh

2

Statement by defendant's father, Brad Sherman

Defendant's Allocution

Colloquy between the Court and the defendant

04:22 - 04:23 Mr. Golla and the defendant have a discussion off the record.

Colloquy between the Court and the defendant

**ORDERED:   The Defendant's Restricted Amended Motion [60] is GRANTED IN PART.**

> Defendant plead guilty to Counts One and Two of the Indictment on October 24, 2013.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Cory Brandon Sherman, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 120 months on Counts One and Two, to be served concurrently.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of 20 years on Counts One and Two, to be served concurrently.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, the defendant shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**It is an express condition of supervision that the defendant pay Restitution and the Special Assessment in accordance with the schedule of payment sheet to be set forth in the Court's judgment.**

**The defendant shall not unlawfully possess and he shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act as directed by the probation officer, the Bureau of Prisons or any state sex offender registration agency in which he resides, works is a student or was convicted of a qualifying offense.**

**ORDERED: Special Conditions of Supervised Release:**

1. **The defendant shall participate in and successfully complete an approved program of sex offender evaluation and treatment, which may include polygraph, plethysmograph and Abel examinations, as directed by the probation officer. The defendant shall be required to pay the cost of these evaluations and treatment. The defendant shall comply with the rules and restrictions specified by the treatment agency. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.**

2. **The defendant's use of computers and Internet access devices shall be limited to those the defendant requests to use and which the probation officer authorizes.**

   **The defendant shall submit his person and any property, house, residence, vehicle, papers, computers other electronic communications or data storage devices, or media and effects, to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the person, and by any probation officer in the lawful discharge of the probation officer's supervisory functions.**

3. **The defendant shall allow the probation officer to install software or hardware designed to monitor computer activities on any computer the defendant is authorized by the probation**

4

        **officer to use. The software may record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, e-mail correspondence and chat conversations.**

        **A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software on that computer. The defendant shall not attempt to remove, tamper with, reverse engineer or in any way circumvent the software or hardware.**

4. **Any employment by the defendant shall be approved in advance by the probation officer.**

5. **As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments and any anticipated or unexpected financial gains to the outstanding Court-ordered financial obligation in this case.**

6. **During the period of supervision, the defendant shall not be left alone with a minor child.**

**ORDERED:** **The defendant shall pay a Special Assessment of $200.00, which shall be due and payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

**ORDERED:** **Defendant shall make Restitution in the amount of $3,000.00 to the victims identified by the probation officer.**

        **Interest on the restitution requirement is waived.**

        **The Special Assessment and Restitution obligation are due immediately. Any unpaid Restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of Supervised Release of not less than 5% of the defendant's net household monthly income.**

**ORDERED:** **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

Defendant advised of right to appeal the sentence imposed and in very limited circumstances his conviction by guilty plea.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

05:02 p.m.     Court in Recess
               Hearing Concluded
               Time: three hours and 11 minutes