**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

CASE NO. 13-cr-0075-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.    CORY BRANDON SHERMAN**,

      Defendant.

_____

**FINAL ORDER OF FORFEITURE**
_____

This matter is before the Court on the United States' Motion for Final Order of Forfeiture, filed July 24, 2014 (ECF No. 70).  The Court having reviewed the Motion and being fully advised hereby FINDS as follows:

1.    The United States commenced this action pursuant to 18 U.S.C. § 2253, as set forth in the Indictment returned on February 14, 2013;

2.    A Preliminary Order of Forfeiture was entered on April 25, 2014;

3.    Publication has been effected as required by 21 U.S.C. § 853(n);

4.    No Petition for Ancillary Hearing has been filed by any petitioner;

5.    Thus, there is cause to issue a forfeiture order under 18 U.S.C.§ 2253.

It is hereby ORDERED that judgment of forfeiture of the following property:

1.    A Sony Vaio laptop computer Model PCG-384i, Serial Number C3LP4LC0C; and

2.    A G-Lite Cooler Master Tower Computer, Serial Number RC332KKN11084600229

shall enter in favor of the United States pursuant to 18 U.S.C. § 2253, free from claims

of any other party; and

3.      The United States shall have full and legal title to the forfeited property and may

dispose of it in accordance with law.

DATED this 28th day of July, 2014.

BY THE COURT:

_____

William J. Martinez
United States District Judge